IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAHAM AHMED | ) | |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| -vs- | ) | Case No.: 10 C 1938 |
| | ) | |
| OXFORD COLLECTION AGENCY, INC. | ) | Magistrate Schenkier |
| | ) | |
| Defendant. | ) | |

**DEFENSE COUNSEL'S MOTION TO WITHDRAW AND FOR EXTENSION OF TIME FOR OXFORD TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES counsel for defendant Oxford Collection Agency, Inc. (Oxford), James K. Schultz of Sessions, Fishman, Nathan & Israel, LLC (SFNI), and pursuant to Local Rule 83.17, hereby respectfully requests leave to withdraw as the attorney of record in the present matter. In support thereof, SFNI states as follows:

1. Plaintiff brought this action alleging that Oxford violated the Fair Debt Collection Practices Act ("FDCPA") and the Telephone Consumer Protection Act ("TCPA").

2. The parties agreed to settle the claims on October 27, 2010. Pursuant to that settlement, Oxford agreed to make 6 monthly payments to plaintiff, beginning November 1, 2010.

3. Oxford made the settlement payments in November and December, 2010, but has been unable or unwilling to make the remaining payments.

4. On March 1, 2011, this Court granted plaintiff's motion for leave to reinstate the case and enforce the settlement agreement [doc. 20]. Plaintiff has since filed an amended complaint with leave of court [doc. 21].

5. Irreconcilable differences related to the further handling of this litigation have developed between Oxford and SFNI. Because of this, SFNI is longer able to effectively represent Oxford.

6. SFNI has informed Oxford of its intention to file the instant motion, and has served a copy of this motion on the Executive Vice President of Oxford, Charles Harris, via electronic mail.

7. The deadline for Oxford to answer or otherwise plead in response to plaintiff's amended complaint is March 23, 2011. To allow Oxford an opportunity to obtain new counsel, and file a responsive pleading, SFNI requests that the Court extend this deadline for a period of 30 days, until April 22, 2011.

WHEREFORE, counsel for defendant Oxford respectfully requests that this Honorable Court grant it leave to withdraw as counsel of record in this matter, and for an extension of time for Oxford to answer or otherwise plead in response to plaintiff's amended complaint until April 22, 2011.

        Respectfully submitted,

        <u>/s/ James K. Schultz</u>
        Attorney for Defendant Oxford

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-Mail: jschultz@sessions-law.biz

Attorney for Defendant Oxford Collection Agency, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of March, 2011, a copy of the foregoing **Defense Counsel's Motion To Withdraw And For Extension Of Time For Oxford To Answer Or Otherwise Plead In Response To Plaintiff's Amended Complaint** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

> Alexander H. Burke
> BURKE LAW OFFICES, LLC
> 155 N. Michigan Ave., Suite 9020
> Chicago, IL 60601
> (312) 729-5288
> (312) 729-5289 (fax)
> ABurke@BurkeLawLLC.com

A copy of the above motion was also served via electronic mail upon the following:

> Charles Harris
> Executive Vice President
> Oxford Management Services
> Charles.Harris@OXFMGT.com

> > /s/ James K. Schultz
> > Attorney for Defendant Oxford