IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHAM AHMED,<br>Plaintiff | )<br>) 1:10-cv-1938<br>) |
| v. | ) Judge Pallmeyer<br>) |
| OXFORD COLLECTION AGENCY, INC. d/b/a<br>OXFORD MANAGEMENT SOLUTIONS.<br>Defendant. | ) Jury Demanded<br>)<br>)<br>) |

## JUDGMENT

Default judgment is hereby entered in favor of plaintiff Maham Ahmed and against defendant Oxford Collection Agency, Inc. d/b/a Oxford Management Solutions, in the amount of $12,686.66.

This amount includes $11,666.66, the remaining funds due pursuant to the contract attached as Exhibit A to the amended complaint, plus three hours of attorney time for Alexander H. Burke at a rate of $340 per hour for a total of $1,020, which counsel reasonably incurred in enforcing such contract, recoverable pursuant to paragraph 4 of Exhibit A to the Amended complaint.

Entered: April 14, 2011

Honorable Rebecca R. Pallmeyer
United States District Judge