# United States District Court

## Northern District of Illinois
### Eastern Division

Maham Ahmed

v.

Oxford Collection Agency, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10 C 1938

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Default judgment is hereby entered in favor of plaintiff Maham Ahmed and against defendant Oxford Collection Agency, Inc., d/b/a Oxford Management Solutions, in the amount of $12,686.66.

Michael W. Dobbins, Clerk of Court

Date: 4/14/2011

/s/ Ena T. Ventura, Deputy Clerk